THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN M. ISLEY, <br><br> Plaintiff, <br><br> v. <br><br> MARK BAIRD, *et al.*, <br><br> Defendant. | CASE NO. C13-0175-JCC <br><br> ORDER |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. No. 6).

(2) This matter is DISMISSED without prejudice for failure to prosecute.

(3) The Clerk is respectfully directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

//

//

//

//

//

ORDER
PAGE - 1

1     DATED this 13th day of June 2013.

                                                                          *[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2